COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| OWEN CERVANTES, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>M.R.S. BPO, LLC, dba MRS ASSOCIATES, an Ohio Limited Liability Company,<br><br>　　　　　　Defendants. | Case Number<br>2:18-cv-01337-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT WITH PREJUDICE** |

　　　IT IS HEREBY STIPULATED by and between Plaintiff, Owen Cervantes ("Plaintiff") and Defendant, M.R.S. BPO, LLC, dba MRS Associates ("Defendant"), by and through their

. . .

. . .

. . .

. . .

. . .

. . .

. . .

respective attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 15th day of May, 2019.                    Dated this 15th day of May, 2019.

**COGBURN LAW OFFICES**                              **MORRIS LAW GROUP**

By: */s/Erik W. Fox*                                 By: */s/Ryan M. Lower*
Name: Jamie S. Cogburn, Esq.                         Name: Raleigh C. Thompson, Esq.
      Nevada Bar No. 8409                                Nevada Bar No. 11296
      Erik W. Fox, Esq.                                  Ryan M. Lower, Esq.
      Nevada Bar No. 8804                                Nevada Bar No. 9108
      2580 St. Rose Parkway, Suite 330                   411 E. Bonneville Ave., Suite 360
      Henderson, Nevada 89074                            Las Vegas, NV 89101
*Attorneys for Plaintiff*                            *Attorneys for Defendant*

**IT IS SO ORDERED.**

**DATED** this __17__ day of May, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT